NOTICE:   THIS IS A SAMPLE FORM WHICH MAY BE USED ONLY AS A GUIDE IN CONSTRUCTING A COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI.  ALTHOUGH THE PLAINTIFF MAY BE PRO SE (not represented by an attorney), THE PLAINTIFF IS STILL REQUIRED TO COMPLY WITH THE FEDERAL RULES OF CIVIL PROCEDURE AND THE LOCAL RULES OF THE SOUTHERN DISTRICT OF MISSISSIPPI.   DO NOT WRITE ON THIS FORM.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR - 7 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

__Kevin Harris__    PLAINTIFF
(Plaintiff's name)

VS.    CIVIL ACTION NO. __3:23cv170-DPJ-FKB__
(to be provided by the Court)

__City of Canton, MS.__    DEFENDANT(S)
(Defendant(s) name(s))

**COMPLAINT**

COMES NOW, plaintiff, __Kevin Harris__ (plaintiff's name), pro se, and for cause of action against the defendant(s), __City of Canton, MS.__ (each of the defendants names), would state:

JURISDICTION

(Plaintiff is to complete this space by making a short and accurate statement of the grounds upon which the court's jurisdiction depends.  That is, why this matter is being brought in Federal Court).

I.

Plaintiff is an adult resident citizen of the County of __Madison__, State of Mississippi. The defendant __City of Canton, MS__ an adult resident citizen of the County of __Madison__, State of __Mississippi__. (The plaintiff will need to provide this information for each of the

Facts:

 <u>City of Canton, MS.</u>

I <u>Kevin Harris</u> was hired by the above named Employer on Sept. 9, 2020, as an Hevy Equipment operator. On May 13, 2022, a Co-worker, Lloyd Henderson threatened to have me killed. I complained to my Supervisors Mr. Coffer and Mr. Mack, as well as Human Resources about the threat. After I complained, I recieved three reprimands. On June 3, I was discharged I believe the reprimands and my discharge were in retaliation for making a complaint in violation of the Civil Rights Act of 1964, as Amended.

## Relief:

The relief I am seeking to obtain from the court is.

- Assurance that "No threat" remains.
- To Return to Work.
- A transfer from the Canton Public Works dept. to the Canton Landfill dept.
- To have my back-pay Retro-Activated.
- Benifits returned to current status (as of June 2022)
- Respectful Pain & Suffering package.

defendants).

## FACTS

(Plaintiff is to make a short and plain statement of the claim along with the facts that show why the plaintiff is entitled to relief).

## RELIEF

(Plaintiff is to state what relief he/she is seeking to obtain from the court).

Respectfully submitted, this the 7th day of March, 2023.

_____
(signature of plaintiff)

NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

Kevin Harris
(name of plaintiff)

220 Ray St.
(mailing address of plaintiff)

Canton, MS. 39046
(city, state and zip code)

769-567-3029
(phone number of plaintiff)