UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KEVIN HARRIS                                                                                              PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:23-CV-170-DPJ0-FKB

CITY OF CANTON, MISSISSIPPI                                                                DEFENDANT

JUDGMENT

For the reasons stated in the Order entered this date, Defendant's motion for judgment on the pleadings [6] is granted. This action is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 30th day of June, 2023.

                                              s/ *Daniel P. Jordan III*
                                              CHIEF UNITED STATES DISTRICT JUDGE